IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2014 JAN 28 PM 4:4
CLERK US DISTRICT COUR
WESTERN DISTRICT OF TEX
BY
DEPUTY

U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES NC 2005-HE4,
Plaintiff,

-vs-

Case No. A-13-CA-431-SS

WALTER LEE HALL, JR.,
Defendant.

# JUDGMENT

BE IT REMEMBERED on this day the Court entered its order granting summary judgment on behalf of Plaintiff U.S. Bank National Association, and thereafter enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff U.S. Bank National Association are entitled to judgment in this cause against Defendant Walter Lee Hall, Jr., and that all costs of suit are taxed against Defendant, for which let execution issue;

IT IS FURTHER, ADJUDGED, and DECREED that Defendant Walter Lee Hall, Jr., is permanently enjoined from: (1) filing any pleading, motion, or other document in court (other than in a direct appeal of this suit) disparaging the Trust's title by alleging the Trust does not own or rightfully possess the Property, the Deed of Trust or Substitute Trustee's Deed is invalid or ineffective, or Hall (or his family members or any entity he owns or operates) is an owner of the Property or entitled to possess or control the Property; (2) creating, executing, or signing—or filing or recording in the Travis County Official Public

Records—any document disparaging the Trust's title by alleging the Trust does not own or rightfully possess the Property, the Deed of Trust or Substitute Trustee's Deed is invalid or ineffective, or Hall (or his family members or any entity he owns or operates) is an owner of the Property or entitled to possess or control the Property; (3) reentering or remaining on the Property, or otherwise exercising possession or control of the Property; (4) interfering or threatening to interfere with the Trust's ownership of or title to the Property and the Trust's possession, use, or maintenance of the Property;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED the following notices of *lis pendens* filed by Defendant Walter Lee Hall, Jr., in the Travis County Official Public Records are of no force or effect, should be removed from the property records, and are cancelled: (1) Notice of *Lis Pendens*, Travis County OPR Instrument 2006244811; (2) Notice of *Lis Pendens*, Travis County OPR Instrument 2008100587; (3) Notice of *Lis Pendens*, Travis County OPR Instrument 2008120749; (4) Notice of *Lis Pendens*, Travis County OPR Instrument 2008123294; (5) Notice of *Lis Pendens*, Travis County OPR Instrument 2008156619; (6) Notice of *Lis Pendens*, Travis County OPR Instrument 2009102169; (7) Notice of *Lis Pendens*, Travis County OPR Instrument 2009174816; (8) Notice of *Lis Pendens*, Travis County OPR Instrument 2009184096; (9) Notice of *Lis Pendens*, Travis County OPR Instrument 2009212513; (10) Notice of *Lis Pendens*, Travis County OPR Instrument 2010084974; (11) Notice of *Lis Pendens*, Travis County OPR Instrument 2010133815; (12) Notice of *Lis Pendens*, Travis County OPR Instrument 2011028089; (13) Notice of *Lis Pendens*, Travis County OPR Instrument 2012008527; (14) Notice of *Lis Pendens*, Travis County OPR Instrument 2012023280;

IT IS FINALLY ORDERED, ADJUDGED, and DECREED the following instruments filed by Defendant Walter Lee Hall, Jr., in the Travis County Official Public Records are of no force or effect, should be removed from the property records, and are cancelled: (1) Affidavit of Land Records of Texas Supporting Release of Mortgage, Travis County OPR Instruments 2007079196 and 2007079199; (2) Release of Lien, Travis County OPR Instruments 2007101668 and 2007101670; (3) Special Warranty Deed, Travis County OPR Instrument 2007117995; (4) Warranty Deed, Travis County OPR Instruments 2007103818 and 2007118822; (5) Omnibus Notice of Discharge, Travis County OPR Instrument 2008100587; (6) Affidavit of Claim, Travis County OPR Instrument 2010133815; (7) Affidavit of Claim, Travis County OPR Instrument 2012004849; (8) Abstract of Judgment, Travis County OPR Instrument 2012005766; (9) Abstract of Judgment, Travis County OPR Instrument 2012016310; (10) Affidavit of Reentry, Travis County OPR Instrument 2012115012; and (11) Affidavit of Claim, Travis County OPR Instrument 2013017210.

SIGNED this the 28th day of January 2014.

Sam Sparks

SAM SPARKS
UNITED STATES DISTRICT JUDGE